UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                      CASE NO. 08-31171-PNS3
                                            CHAPTER 13
TABITHA A BLOXSON

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: PENSACOLA HABITAT FOR HUMANITY which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 401554 in the amount of 540.00 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| TABITHA A BLOXSON<br>2210 MALLORY STREET<br>PENSACOLA, FL 32505<br><br>AND<br><br>ROBERT R. MCDANIEL II<br>MCDANIEL & MCDANIEL, P.A.<br>103 N. DEVILLIERS STREET<br>PENSACOLA, FL 32502 | PENSACOLA HABITAT FOR<br>HUMANITY, INC.<br>JOHN B. TRAWICK, MCDONALD<br>FLEMING MOORHEAD<br>25 W. GOVERNMENT ST.<br>PENSACOLA, FL 32502 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
10/28/2010  2:49 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE