UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    CASE NO. 08-31171-PNS3
                                          CHAPTER 13
TABITHA A. BLOXSON

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: PENSACOLA HABITAT FOR HUMANITY which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 403447 in the amount of 270.00 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
                            _____
                              OFFICE OF THE CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 646
                              TALLAHASSEE, FL 32302
                              ldhecf@earthlink.net
                              (850) 681-2734 "Telephone"
                              (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

<pre>
TABITHA A. BLOXSON              PENSACOLA HABITAT FOR
2210 MALLORY STREET             HUMANITY, INC.
PENSACOLA, FL  32505            JOHN B. TRAWICK, MCDONALD
                                FLEMING MOORHEAD
AND                             25 W. GOVERNMENT ST.
                                PENSACOLA, FL 32502
ROBERT R. MCDANIEL II
MCDANIEL & MCDANIEL, P.A.
103 N. DEVILLIERS STREET
PENSACOLA, FL 32502
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
11/30/2010  1:46 pm / CR_213  _____
                              OFFICE OF CHAPTER 13 TRUSTEE
</pre>