**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                          CASE NO. 08-31171-PNS3
                                                CHAPTER 13
TABITHA A. BLOXSON

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

   **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

   1.  The Trustee has issued check(s) FOR: PENSACOLA
HABITAT FOR HUMANITY which remains outstanding and
uncleared.

   2.  The Trustee has placed a Stop Payment Order with
the bank on the check(s).

   3.  The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE**, the Chapter 13 Trustee respectfully submits
her check number 408633 in the amount of 20.00 to the
Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

TABITHA A. BLOXSON
2210 MALLORY STREET
PENSACOLA,  FL  32505

AND

ROBERT R. MCDANIEL II
MCDANIEL & MCDANIEL, P.A.
103 N. DEVILLIERS STREET
PENSACOLA, FL 32502

PENSACOLA HABITAT FOR
HUMANITY, INC.
JOHN B. TRAWICK, MCDONALD
FLEMING MOORHEAD
25 W. GOVERNMENT ST.
PENSACOLA, FL 32502

on the same date as reflected on the Court's docket as the electronic filing date for this document.

2/25/2011  1:50 pm / CR_213

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE